# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Matthew Christopher Beale**<br>DOB: 1981; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-05368MJ** |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

On or about August 10, 2025, at or near Tucson, in the District of Arizona, **Matthew Christopher Beale**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one (1) black 9mm Sarsilmaz pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 10, 2025, Tucson Police Department (TPD) Officers were conducting surveillance in the area of 1st Ave/Fort Lowell in Tucson, Arizona when they observed a male (on video) later identified as **Matthew Christopher BEALE** take a handgun from his backpack and place it into a female's (later identified as J. M.) backpack. Officers contacted the group of people and identified everyone. That group of people had been observed smoking what in the officers' training and experience were M-30 pills (fentanyl).

Officers spoke with J. M. who told officers that her friend "Matthew" owned a handgun. She said he asked her to hold something for her, but she was not aware that he had placed a gun in her backpack. Officers were able to positively identify **BEALE** as the male who placed the gun in J. M.'s backpack. The gun was retrieved and identified as a black 9mm Sarsilmaz pistol bearing serial number of T1102-25CY00136. Officers determined that **BEALE** is a previously convicted felon who has not had his rights restored.

A law enforcement records check revealed that **BEALE** was convicted in Pima County Superior Court of the following: in 2004, Aggravated Assault (sentenced to 7.5 years prison) in case number CR20020777; in 2004, Aggravated Assault (sentenced to 3.5 years prison) in case number CR20033807; and in 2011, Misconduct Involving Weapons (resentenced to 2.25 years prison in 2015) in case number 20103227. There is no indication that **BEALE's** rights to possess firearms have been restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination by examining photographs of the black 9mm Sarsilmaz pistol that **BEALE** placed inside J. M.'s backpack. The expert determined that the firearm was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar* 08/26/25 |
|---|---|
| AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* <br>Digitally signed by RAQUEL ARELLANO<br>Date: 2025.08.26 14:57:54 -07'00' | OFFICIAL TITLE<br>ATF TFO/TPD Detective Carlos Aguilar |

**Sworn by telephone _x_**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 27, 2025 |
|---|---|

[1]  See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54